IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Assigned to: Gary L. Lancaster
Cause: 42:1983 Civil Rights Act

JOHN JOSEPH McALEAVEY,

       Plaintiff,

v.

THE CITY OF PITTSBURGH,
LUCAS P. COYNE, STEVEN A.
CRISANTI, JEFFERY T.
DESCHON, DAVID KAZMIERCZAK,
WILLIAM T. MUDRON, BRIAN M.
ROBERTS, SEAN T. STAFIEJ,
MARK E. SULLIVAN, THE
BOROUGH OF DORMONT, JON
SAGWITZ, THE BOROUGH OF
MILLVALE, JOHN KOENIG, THE
TOWNSHIP OF RESERVE, ROBERT
STIPETICH, THE TOWNSHIP OF
SHALER, and BRUCE MION,

       Defendants.

CIVIL ACTION

No. 2:10-cv-01034-GLL

**FILED ELECTRONICALLY**

**JURY TRIAL DEMANDED.**

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant, Jon Sagwitz, hereby stipulate and agree that Plaintiff's claims against Defendant, Jon Sagwitz, in the above-captioned case be dismissed with prejudice.

Respectfully submitted,

**LAW OFFICE OF JOSEPH S. WEIMER**

s/*Gianni Floro*  
Gianni Floro, Esquire  
Pa. I.D. #85837  
935 Beaver Grade Road, Suite 6  
Moon Township, PA 15108  
*Counsel for Plaintiff*

By: s/*Edmond R. Joyal, Jr.*  
Edmond R. Joyal, Esquire  
Pa. I.D. #65907  
Law Office of Joseph S. Weimer  
975 Two Chatham Center  
Pittsburgh, PA 15219  
Counsel for Defendant, Jon Sagwitz

## ORDER

AND NOW, this 16th day of Feb, 2011, IT IS SO ORDERED.

United States District Judge