IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JOSEPH McALEAVEY, | : | |
| Plaintiff, | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | No. 2:10-cv-01034-GLL |
| THE CITY OF PITTSBURGH, et al, | : | |
| Defendants. | : | |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant Robert Stipetich hereby stipulate and agree that Plaintiff's claims against Defendant, ROBERT STIPETICH, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA I.D. No. 85837
935 Beaver Grade Road
Suite 6
Moon Township, PA 15108

/s/ Thomas J. Elliott
Thomas J. Elliott, Esquire
PA I.D. No. 20324
Elliott Greenleaf
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422-1956
*Counsel for Defendant, Robert Stipetich*

## ORDER

AND NOW, this 16th day of Feb, 2011, IT IS SO ORDERED.

United States District Judge