IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JOSEPH McALEAVEY, | )
    Plaintiff, | )
 v. | ) Civil Action No. 2:10-cv-01034 -GLL
 THE CITY OF PITTSBURGH, et al., | ) **JURY TRIAL DEMANDED**
    Defendants. | ) ELECTRONICALLY FILED |

**STIPULATION FOR DISMISSAL**

Plaintiff and Defendant Bruce Mion hereby stipulate and agree that Plaintiff's claims against Defendant, BRUCE MION, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA I.D. No. 85837
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
*Counsel for Plaintiff*

/s/ Thomas P. McGinnis
Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant, Bruce Mion*

**ORDER**

AND NOW, this 16th day of Feb, 2011, IT IS SO ORDERED.

_____
United States District Judge

904635.1                    1