IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN JOSEPH McALEAVEY, JR.,

    Plaintiff,

vs.

THE CITY OF PITTSBURGH, et al.

    Defendants.

Civil Action No. 10-1034

Chief Judge Gary L. Lancaster

### STIPULATION FOR DISMISSAL

Plaintiff and Defendant Borough of Dormont herby stipulate and agree that the Plaintiff's claims against Defendant, Borough of Dormont, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiff
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
P: (412) 264-6040
F: (412) 264-2510
E: gfloro84@comcast.net

The Law Office of Joseph S. Weimer

/s/ Edmond Joyal
Edmond Joyal, Esquire
PA ID No. 65907
Attorney for the Borough of Dormont
975 Two Chatham Center
Pittsburgh, PA 15219
P: (412) 338-3184
F: (412) 471-8748
E: ejoyal@travelers.com

AND NOW, this 16th day of March, 2011 IT IS SO ORDERED.

_____
Chief United States District Judge