IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JOSEPH McALEAVEY, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. 2:10-cv-01034 -GLL |
| v. | ) ) |
| THE CITY OF PITTSBURGH, et al., | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ELECTRONICALLY FILED |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant, The Township of Shaler, hereby stipulate and agree that Plaintiff's claims against Defendant, THE TOWNSHIP OF SHALER, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA I.D. No. 85837
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
*Counsel for Plaintiff*

/s/ Thomas P. McGinnis
Thomas P. McGinnis, Esquire
PA I.D. No. 46666
Thomas, Thomas & Hafer LLP
One Oxford Centre, Suite 1150
301 Grant Street
Pittsburgh, PA 15219
*Counsel for Defendant,
The Township of Shaler*

## ORDER

AND NOW, this 16th day of March, 2011, IT IS SO ORDERED.

_____
United States District Judge

914380.1

1