IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN JOSEPH McALEAVEY, JR., :
:
    Plaintiff, :   CIVIL ACTION - LAW
:
v. :
:   No. 2:10-cv-01034-GLL
THE CITY OF PITTSBURGH, et al, :
:
    Defendants. :

## STIPULATION FOR DISMISSAL

Plaintiff and Defendant Township of Reserve hereby stipulate and agree that Plaintiff's claims against Defendant, TOWNSHIP OF RESERVE, in the above-captioned action be dismissed with prejudice.

                          Respectfully submitted,

/s/ Gianni Floro                  /s/ Joseph J. Joyce, III
Gianni Floro, Esquire              Joseph J. Joyce, III
PA I.D. No. 85837                 PA I.D. No. 200514
935 Beaver Grade Road         Elliott Greenleaf & Dean
Suite 6                                 201 Penn Avenue, Suite 202
Moon Township, PA 15108       Scranton, PA 18503
*Counsel for Plaintiff*             *Counsel for Defendant, Township of*
*John Joseph McAleavey, Jr.*     *Reserve*

## ORDER

AND NOW, this __16th__ day of __March__, 2011, IT IS SO ORDERED.

_____
United States District Judge