IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN JOSEPH McALEAVEY, JR.,

    Plaintiff,                                                         Civil Action No. 10-1034

vs.

THE CITY OF PITTSBURGH, et al.

    Defendants.

## STIPULATION FOR DISMISSAL

The Plaintiff and Defendants, the Borough of Millvale and John Koenig, hereby stipulate and agree that the Plaintiff's claims against Defendants, the Borough of Millvale and John Koenig, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

/s/ Gianni Floro
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiff
935 Beaver Grade Road, Suite 6
Moon Township, PA 15108
P: (412) 264-6040
F: (412) 264-2510
E: gfloro84@comcast.net

Cipriani & Werner, P.C.

By: /s/ Phillip J. Sbrolla
Phillip J. Sbrolla, Esquire
PA ID No. 90231
Counsel for Defendants
Borough of Millvale and John Koenig
650 Washington Road, Suite 700
Pittsburgh, PA 15228

AND NOW, this 5th day of July, 2011 IT IS SO ORDERED.

_____
Chief United States District Judge