IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN JOSEPH McALEAVEY, JR.,

    Plaintiff,

vs.

THE CITY OF PITTSBURGH, et al.

    Defendants.

Civil Action No. 10-1034

**STIPULATION FOR DISMISSAL**

The Plaintiff and the remaining Defendants, the City of Pittsburgh, Lucas P. Coyne, Steven A. Crisanti, Jeffery T. Deschon, David Kazmierczak, William T. Mudron, Brian M. Roberts, Sean T. Stafiej and Mark E. Sullivan, hereby stipulate and agree that the Plaintiff's claims against the remaining Defendants, the City of Pittsburgh, Lucas P. Coyne, Steven A. Crisanti, Jeffery T. Deschon, David Kazmierczak, William T. Mudron, Brian M. Roberts, Sean T. Stafiej and Mark E. Sullivan, in the above-captioned action be dismissed with prejudice.

Respectfully submitted,

The City of Pittsburgh

| /s/ Gianni Floro | /s/ Michael E. Kennedy | /s/ Bryan A. Campbell |
|---|---|---|
| Gianni Floro, Esquire | Michael E. Kennedy, Esquire | Bryan A. Campbell, Esquire |
| PA ID No. 85837 | PA ID No. | PA ID No. |
| Attorney for the Plaintiff | Attorney for City of Pittsburgh | Attorney for Officers |
| 935 Beaver Grade Road, Suite 6 | 313 City-County Building | 330 Grant Street, Suite 2330 |
| Moon Township, PA 15108 | Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| P: (412) 264-6040 | P: (412) 255-2002 | P: (412) 642-7667 |
| F: (412) 264-2510 | | |
| E: gfloro84@comcast.net | E: michael.kennedy@city.pittsburgh.pa.us | E: bryancmpbl@yahoo.com |

AND NOW, this 28th day of a November, 2011 IT IS SO ORDERED.

_____
Chief United States District Judge